# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Allanna Warren,<br><br>    Plaintiff<br>v.<br><br>Hilton et al.,<br><br>    Defendants | Case No. 2:24-cv-00678-JAD-NJK<br><br>**Order Extending Response Deadline to May 29, 2024**<br><br>ECF Nos. 8, 12 |

Plaintiff Allanna Warren asks to the court for an unspecified additional amount of time to respond to the defendants' pending motion to dismiss,[1] explaining that she needs more time to file "a thoughtful and legal argument" because she's busy with other litigation she's pursuing.[2] The court finds that there is good cause for a 30-day extension based on Warren's motion. However, the court cautions Warren that she must tell the court how many extra days she wants in any further extension request, and her failure to say how much more time she needs may result in the denial of a future request. And the court cautions Warren that, because the number of cases that she files and pursues on a pro se basis is entirely within her control, the inability to address all matters in that litigation timely will not be "good cause" for repeated requests for extensions of time.

, , ,

---

[1] ECF No. 5.
[2] ECF Nos. 8, 12.

1      IT is therefore ordered that Warren's motions for extension of time **[ECF Nos. 8, 12] are**
2 **GRANTED; Warren's deadline to respond to the motion to dismiss [ECF No. 5] is**
3 **EXTENDED to May 29, 2024.**

                                                                _____
                                                                U.S. District Judge Jennifer A. Dorsey
                                                                Dated May 6, 2024, nunc pro tunc to
                                                                April 29, 2024