1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Allanna Warren,

       Plaintiff

v.

Hilton,

       Defendant

Case No. 2:24-cv-00678-JAD-NJK

**Order Granting Unopposed Motion to Dismiss and Closing Case**

ECF Nos. 8, 12

Pro se plaintiff Allanna Warren sues "Hilton" for conspiring with law enforcement agencies to allegedly stalk and harass her while she stayed at Hilton Worldwide Holdings, Inc., properties in Texas and Colorado in 2022.  Hilton Worldwide moves to dismiss Warren's suit for failure to effectuate service on it and for failure to state a plausible claim against it.[1]  The court extended Warren's response deadline for this motion to May 29, 2024, but Warren did not file one or seek a second extension.  Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply this local rule, construe Warren's failure to respond to Hilton Worldwide's motion by the court-ordered extended deadline as her consent to granting it, and grant the motion to dismiss.  Even if I were not applying this local rule, I would nevertheless grant the motion on its merits because Hilton Worldwide has shown that it has not been served with process in this case, and Warren's legal theories against it are wholly untenable and fall far short of stating any plausible claim.[2]

---

[1] ECF No. 5.

[2] *See Neitzke v. Williams*, 490 U.S. 319, 327–28 (1989); *see also McKeever v. Block*, 932 F.2d 795, 798 (9th Cir. 1991).

And because it appears to this court that amendment would be futile, dismissal is entered without leave to amend.

     **IT IS THEREFORE ORDERED** that Hilton Worldwide's unopposed motion to dismiss **[ECF No. 5] is GRANTED**, **this case is DISMISSED**, and Hilton Worldwide's motion to stay discovery **[ECF No. 15] is DENIED** as moot. **The clerk of court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

 

_____
U.S. District Judge Jennifer A. Dorsey
June 2, 2024

2